July 14, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

LUIS  ANTONIO GALLEGOS, Appellant

NO. 14-15-00374-CR                              V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on April 2, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.